**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
John E. Triplett, Clerk of Court
United States District Court

*By jamesburrell at 11:47 am, Sep 08, 2025*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INFORMATION NO.** 2:25cr-025 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1343** |
| | ) | **Wire Fraud** |
| **LINDA GAIL JOHNSON** | ) | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times relevant to this Information, unless otherwise stated:

### GENERAL ALLEGATIONS

1.       Bennett Chrysler-Dodge-Jeep, L.L.C. ("Bennett") is a domestic corporation registered in the state of Georgia. The auto dealership sells, repairs, and services vehicles of various makes and models.  It is located in Kingsland, Camden County, within the Southern District of Georgia.

2.       During the charged time period, **LINDA GAIL JOHNSON,** was employed by Bennett. As part of her employment, one of **LINDA GAIL JOHNSON'S** duties was to administer payroll for the benefit of Bennett's employees.

3.       During the charged time period, **LINDA GAIL JOHNSON** used her insider access to Bennett's payroll systems and, without authority, made unauthorized payments from Bennett's payroll account to herself on numerous occasions.  In total, **LINDA GAIL JOHNSON** defrauded Bennett in excess of $150,000.

## THE SCHEME

4.      Beginning at least as early as December 12, 2019, and continuing through at least on or about October 12, 2023, the Defendant, **LINDA GAIL JOHNSON**, devised and intended to devise a scheme to defraud Bennett, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## MANNER AND MEANS

It was part of the scheme that:

5.      **LINDA GAIL JOHNSON**, using her position within Bennett, would access Bennett's payroll systems maintained at Southeastern Bank, with headquarters in Darien, Georgia.

6.      In addition to her salary and other entitlements, **LINDA GAIL JOHNSON** would also initiate unauthorized payments from Bennett's payroll account to various accounts maintained by **LINDA GAIL JOHNSON**. These unauthorized transactions were made in interstate commerce in the form of automated clearinghouse (ACH) payments.

7.      **LINDA GAIL JOHNSON** would conceal her fraudulent activities from other employees at Bennett.  Never during the charged time period did **LINDA GAIL JOHNSON** disclose her fraudulent payments to any officer, staff, or other employee.

8.      **LINDA GAIL JOHNSON** would use the fraudulent funds that she received for her own use and benefit.

## COUNT ONE
*Wire Fraud*
18 U.S.C. § 1343

9.     On or about September 21, 2023, in Candler County, within the Southern District of Georgia, and elsewhere, the defendant,

**LINDA GAIL JOHNSON,**

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce signals and sounds, specifically by initiating an unauthorized ACH payment from Bennett's payroll account at Southeastern Bank, headquartered in Darien, Georgia to **LINDA GAIL JOHNSON's** personal account at Navy Federal Credit Union, headquartered in Vienna, Virginia, in the amount of $5,700.

All in violation of Section 1343 of Title 18 of the United States Code.

{Signatures on Following Page}

3

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

4