# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR225-25**                                                      DATE   **05/01/2026**
TITLE        **United States of America v. Linda Johnson**

TIMES  **9:45 - 9:50**                                                      TOTAL **5 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**        Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                                          Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Darron Hubbard | | Adrienne Browning | |
| | | Michael Schwartz | |

PROCEEDINGS :  **Telephonic Status Conference**                      ☐ In Court
                                                                     ☑ In Chambers

**Case called for telephonic status conference.**
**USPO, Government, Defense and Defendant are on the conference call.**
**Court clarifies there is no home confinement and/or location monitoring during supervised**
**release. All other conditions will remain as announced.**